**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Artisan Masonry, Inc** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-2368835** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6959 FM 1565**<br>**Royse City, TX 75189**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Artisan Masonry, Inc** _____ Case number (*if known*)_____
      Name

7. **Describe debtor's business**
   
   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above
   
   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))
   
   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
   
   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.
   
   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. Check **all** that apply:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   
   ☒ No.
   ☐ Yes.
   
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    ☒ No
    ☐ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor **Artisan Masonry, Inc**_____  Case number (*if known*)_____
       Name

---

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | Estimated number of creditors | ☒ 1-49           ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99         ☐ 5001-10,000          ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| 15. | Estimated Assets | ☒ $0 - $50,000                    ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000                    ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor **Artisan Masonry, Inc** _____ Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2023**
                     MM / DD / YYYY

**X**   **/s/ Robert Gladu**                                  **Robert Gladu**
     Signature of authorized representative of debtor              Printed name

Title   **President**

---

**18. Signature of attorney**

**X**   **/s/ Eric A. Liepins, P.C.**                  Date   **November 30, 2023**
     Signature of attorney for debtor                           MM / DD / YYYY

**Eric A. Liepins, P.C.**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road, Ste. 850**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone   **(972) 991-5591**      Email address   **eric@ealpc.com**

**12338110 TX**
Bar number and State

---

Fill in this information to identify the case:

Debtor name: **Artisan Masonry, Inc**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Acme Brick<br>PO Box 99198<br>Fort Worth, TX 76199 | | | | | | $181,315.98 |
| Adams Supply of Dallas<br>PO Box 729<br>Red Oak, TX 75154 | | | | | | $57,212.10 |
| Advanced Architectural Stone<br>115 Lee Street<br>761401 | | | | | | $166,518.00 |
| Ally Financial<br>PO Box 78252<br>Phoenix, AZ 85062 | | | | | | $35,242.78 |
| Best Block, LLC<br>PO Box 930134<br>Atlanta, GA 31193 | | | | | | $62,421.75 |
| Blackson Brick<br>4474 Sigma Road<br>Dallas, TX 75244 | | | | | | $325,339.96 |
| CF Metals<br>3413 Lawnwood St<br>Fort Worth, TX 76111 | | | | | | $157,295.68 |
| Cosentino- Dallas<br>11639 Emerald Street<br>Dallas, TX 75229 | | | | | | $56,631.58 |
| First Guaranty Bank SBA Mortgage<br>PO Box 2009<br>Hammond, LA 70404 | | SBA Loan | | | | $761,149.42 |
| First Guaranty Bank<br>PO Box 2009<br>Hammond, LA 70404 | | | | | | $49,894.99 |

Debtor **Artisan Masonry, Inc**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Ford Credit** P.O. Box 650575 Dallas, TX 75265 | | **2021 Ford F150** | | | | $32,743.73 |
| **Internal Revenue Service** 1100 Commerce Street Mail Code 5027-DAL Dallas, TX 75242 | | | | | | $177,000.00 |
| **K&S Insurance Bonding** 2255 Ridge Road, Suite 333 Rockwall, TX 75087 | | | | | | $36,080.00 |
| **Lane Gorman Trubitt** 2626 Howell Street, Suite 700 Dallas, TX 75204 | | | | | | $23,640.00 |
| **Quikrete Companies** PO BOX 930134 Atlanta, GA 31193 | | | | | | $252,109.78 |
| **Silicone Specialties Industries** PO BOX 50009 Tulsa, OK 74150 | | | | | | $57,792.64 |
| **TAKTL, LLC** 230 Braddock Ave Turtle Creek, PA 15145 | | | | | | $116,660.83 |
| **Tax Core Lending- Rockwall CAD** 2022 Property Taxes | | | | | | $54,083.80 |
| **Texas First Rentals** PO BOX 650869 Dallas, TX 75265 | | | | | | $133,604.71 |
| **Texas Mutual Insurance** PO BOX 12058 Austin, TX 78711-2058 | | | | | | $25,601.00 |

Revised 12/1/2009                                                                                              LBR Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Artisan Masonry, Inc**                                                Case No.
                              Debtor(s)                                         Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 30, 2023**                    /s/  Robert Gladu
                                                **Robert Gladu**/**President**
                                                Signer/Title

Acme Brick
PO Box 99198
Fort Worth, TX 76199

Adams Supply of Dallas
PO Box 729
Red Oak, TX 75154

Advanced Architectural Stone
115 Lee Street
761401

Air- Tite Supply, LLC
425 Dillingham Ln
Weatherford, TX 76085

Alecom Metals Works
3301 House Anderson Rd
Euless, TX 76040

Ally Financial
P.O. Box 8102
Cockeysville, MD 21030

Ally Financial
PO Box 78252
Phoenix, AZ 85062

AT&T Internet
PO BOX 5019 Carol Stream, IL 60197-5019

AT&T Wireless
P.O. Box 536216
Atlanta, GA 30353

Best Block, LLC
PO Box 930134
Atlanta, GA 31193

Blackson Brick
4474 Sigma Road
Dallas, TX 75244

Cambria-Dallas
301 W. vista Ridge Mall Dr. @200
Lewisville, TX 75067

CF Metals
3413 Lawnwood St
Fort Worth, TX 76111

Cosentino- Dallas
11639 Emerald Street
Dallas, TX 75229

Cosmos Granite & Marble
2244 Luna Road Suite 100
Carrollton, TX 75006

Daniel Steel Industries, Inc
4640 North Beltline Road
Sunnyvale, TX 75182

Equipment Share Inc
PO BOX 650429
75265

Financial Pacific Leasing
3455 S 344TH Way, Ste 300
Federal way, WA 98001

First Guaranty Bank
SBA Mortgage  PO Box 2009
Hammond, LA 70404

First Guaranty Bank
PO Box 2009
Hammond, LA 70404

Ford Credit
P.O. Box 650575
Dallas, TX 75265

Ford Credit
P.O. Box 650575, Dallas, TX 75265-0000

Internal Revenue Service
1100 Commerce Street Mail Code 5027-DAL
Dallas, TX 75242

JCK Batch Plant
6880 S FM 548
Royse City, TX 75189

Jewell
2561 Southwest Grapevine Pwy #200
Grapevine, TX 76051

Johnson County Foam
565 Airport Drive
Mansfield, TX 76063

K&S Insurance Bonding
2255 Ridge Road, Suite 333
Rockwall, TX 75087

Kiva Stone
11935 N Stemmons Fwy Suite 160
Dallas, TX 75234

```
KLZ Diamond Tools
11129 Zodiac Lane
Dallas, TX 75229


Lane Gorman Trubitt
2626 Howell Street, Suite 700
Dallas, TX 75204


Mobile Mini
PO Box 91975
Chicago, IL 60693


MultiSurface
2005 McDaniel Drive #122
75006


Quikrete Companies
PO BOX 930134
Atlanta, GA 31193


RonParco
900 Marlene Drive
Euless, TX 76040


Silicone Specialties Industries
PO BOX 50009
Tulsa, OK 74150


Southwest Scaffolding
5030 Dexham Rd #101
Rowlett, TX 75088


Sunbelt Rentals
1275 West Mound St
Columbus, OH 43223


TAKTL, LLC
230 Braddock Ave
Turtle Creek, PA 15145


Tax Core Lending- Rockwall CAD
2022 Property Taxes


Taz Boys Delivery
PO BOX 59721 Dallas, TX 75265


Texas First Rentals
PO BOX 650869
Dallas, TX 75265


Texas Mutual Insurance
PO BOX 12058 Austin, TX 78711-2058
```

TNT Equipment  
2816 Sylvan Ave  
Dallas, TX 75212

Unruh Construction  
PO BOX 757 Blossom, TX 75416

Verizon Wireless  
3044 Old Denton Road Suite 111-266  
Carrollton, TX 75006

White Cap  
901 Enterprise Blvd #100  
Allen, TX 75013

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Artisan Masonry, Inc**  
_____  
Debtor(s)

Case No. _____  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Artisan Masonry, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

**November 30, 2023**  
Date

/s/ Eric A. Liepins, P.C.  
**Eric A. Liepins, P.C.**  
Signature of Attorney or Litigant  
Counsel for **Artisan Masonry, Inc**  
Eric A. Liepins  
12770 Coit Road, Ste. 850  
Suite 1100  
Dallas, TX 75251  
(972) 991-5591  Fax:(972) 991-5788  
eric@ealpc.com