Fill in this information to identify the case:

Debtor Name __Artisan Masonry, LLC__

United States Bankruptcy Court for the: Eastern District of Texas ▾

Case number: __23-42275__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __Jan 2024__

Line of business: __masonry__

Date report filed: _____ MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Robert Galdu

Original signature of responsible party

Printed name of responsible party    Robert Galdu

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Artisan Masonry, LLC _____    Case number 23-42275 _____

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 26,922.88

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 341,728.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 368,691.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ -26,963.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ -39.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

   *(Exhibit E)*

Debtor Name  Artisan Masonry, LLC

Case number 23-42275

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                         $ _____0.00_____

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                                        ____40____

27. What is the number of employees as of the date of this monthly report?                        ____40____

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ____6,738.00____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____0.00____

30. How much have you paid this month in other professional fees?                                    $ ____0.00____

31. How much have you paid in total other professional fees since filing the case?                  $ ____0.00____

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                           $ _____

36. Total projected cash disbursements for the next month:                                   - $ _____

37. Total projected net cash flow for the next month:                                          = $ _____

---

Debtor Name Artisan Masonry, LLC                                          Case number 23-42275

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



# FIRST GUARANTY BANK

www.fgb.net
Post Office Box 2009
Hammond, Louisiana 70404

| | |
|---|---|
| *******************EXCLUDE-Email | Page Number           1 of 35 |
| 8239 0.2680 EX 0.000   30 1 962 | Account Number:      ***1910 |
| | Date:                 12/31/23 |

ARTISAN MASONRY INCORPORATED
PAYROLL ACCOUNT
2501 CIRCLE DR
ROYSE CITY TX 75189-8556

*******************PRIVACY POLICY NOTICE*******************
Federal law requires us to tell you how we collect, share and protect
your personal information.  Our Privacy policy has not changed and you
may review our policy and practices with respect to your personal
information at www.fgb.net or we will mail you a free copy upon request
if you call us at 985-345-7685 or toll free at 1-888-375-3093.

## STATEMENT SUMMARY AS OF 12/31/23

| Account Name | Account Number | Balance |
|---|---|---|
| BUSINESS ANALYSIS CKING | 3311910 | 39.71 - |

| BUSINESS ANALYSIS CKING | ARTISAN MASONRY INCORPORATED | Acct | 3311910 |
|---|---|---|---|
| | PAYROLL ACCOUNT | | |

| | | | |
|---|---|---|---|
| Beginning Balance | 12/01/23 | 26,922.88 | |
| Deposits / Misc Credits | 20 | 341,728.75 | |
| Withdrawals / Misc Debits | 344 | 368,691.34 | |
| ** Ending Balance | 12/31/23 | 39.71- ** | |
| Service Charge | | 24.73 | |
| Minimum Balance | | 728- | |
| Enclosures | | 332 | |

## Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 12/01 | 41,876.40 | Remote Deposit |
| 12/01 | 29,918.06 | Remote Deposit |
| 12/04 | 229.14 | Trnsfr from Checking Acct Ending in 126 |
| 12/06 | 748.11 | Trnsfr from Checking Acct Ending in 126 |
| 12/07 | 6,000.00 | Internet Banking Transfer from DD 1260 |
| | | Funds Transfer via Online |
| 12/07 | 5,000.00 | Internet Banking Transfer from DD 1260 |
| | | Funds Transfer via Online |
| 12/08 | 15,000.00 | DEPOSIT |
| 12/08 | 100.00 | Trnsfr from Checking Acct Ending in 126 |
| 12/08 | 500.00 | Internet Banking Transfer from DD 1260 |
| | | Funds Transfer via Online |
| 12/08 | 14,377.27 | Remote Deposit |



NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



MEMBER
**FDIC**



# FIRST GUARANTY BANK
www.fgb.net
Post Office Box 2009
Hammond, Louisiana 70404

ARTISAN MASONRY INCORPORATED
PAYROLL ACCOUNT

Page Number            2 of 35
Account Number:        ***1910

Date:                  12/31/23

## Deposits and Other Credits

| Date | Deposits | Activity Description |
|------|----------|---------------------|
| 12/12 | 73,071.15 | Remote Deposit |
| 12/13 | 12,910.98 | DEPOSIT |
| 12/15 | 18,000.00 | Internet Banking Transfer from DD 1260 Funds Transfer via Mobile |
| 12/15 | 41,628.02 | Remote Deposit |
| 12/22 | 16,891.00 | Remote Deposit |
| 12/27 | 30,000.00 | Internet Banking Transfer from DD 1260 Funds Transfer via Online |
| 12/27 | 3,000.00 | Internet Banking Transfer from DD 1260 Funds Transfer via Online |
| 12/27 | 19,760.81 | Remote Deposit |
| 12/29 | 60.53 | Trnsfr from Checking Acct Ending in 126 |
| 12/29 | 12,657.28 | Remote Deposit |

## Miscellaneous Debits

| Date | Withdrawals | Activity Description | |
|------|-------------|---------------------|---|
| 12/01 | 2,300.00 | OVER COUNTER DEBIT | |
| 12/01 | 10,022.16 | OVER COUNTER DEBIT | |
| 12/04 | 1,200.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/04 | 1,400.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Mobile | |
| 12/04 | 210.00 | NSF RETURN Item Charge | |
| | | #     83975 | 83977 |
| | | #     83978 | 83979 |
| | | #     83980 | 83981 |
| 12/05 | 840.00 | NSF RETURN Item Charge | |
| | | #     83845 | 83853 |
| | | #     83858 | 83891 |
| | | #     83896 | 83898 |
| | | #     83905 | 83911 |
| | | #     83913 | 83918 |
| | | #     83919 | 83922 |
| | | #     83925 | 83930 |
| | | #     83931 | 83934 |
| | | #     83939 | 83941 |
| | | Additional checks are not detailed. | |
| 12/08 | 600.00 | OVER COUNTER DEBIT | |
| 12/08 | 24.73 | NET SERVICE CHARGE | |
| 12/11 | 136.79 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/11 | 700.00 | NSF RETURN Item Charge | |



MEMBER
FDIC



# FIRST GUARANTY BANK
www.fgb.net
Post Office Box 2009
Hammond, Louisiana 70404

ARTISAN MASONRY INCORPORATED
PAYROLL ACCOUNT

| | |
|---|---|
| Page Number | 3 of 35 |
| Account Number: | ***1910 |
| Date: | 12/31/23 |

## Miscellaneous Debits

| Date | Withdrawals | Activity Description | |
|---|---|---|---|
| | | # | 83989 | 83992 |
| | | # | 83993 | 83997 |
| | | # | 83998 | 84000 |
| | | # | 84011 | 84012 |
| | | # | 84013 | 84015 |
| | | # | 84019 | 84023 |
| | | # | 84026 | 84030 |
| | | # | 84033 | 84048 |
| | | # | 84049 | 84052 |
| | | # | 84063 | 84066 |
| 12/13 | 500.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/13 | 1,000.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/13 | 1,500.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/13 | 2,400.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/13 | 3,000.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/13 | 3,000.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/13 | 629.04 | OVER COUNTER DEBIT | |
| 12/13 | 1,112.00 | OVER COUNTER DEBIT | |
| 12/13 | 6,500.00 | OVER COUNTER DEBIT | |
| 12/13 | 12,910.98 | OVER COUNTER DEBIT | |
| 12/14 | 2,750.00 | Internet Banking Transfer to DD 1260 Funds Transfer via Online | |
| 12/14 | 2,267.22 | OVER COUNTER DEBIT | |
| 12/15 | 5,000.00 | OVER COUNTER DEBIT | |
| 12/15 | 11,783.00 | OVER COUNTER DEBIT | |
| 12/18 | 245.00 | NSF RETURN Item Charge | |
| | | # | 84098 | 84099 |
| | | # | 84111 | 84114 |
| | | # | 84132 | 84136 |
| | | # | 84142 | |
| 12/19 | 35.00 | NSF RETURN Item Charge | |
| | | # | 84151 | |
| 12/20 | 840.00 | NSF RETURN Item Charge | |
| | | # | 83950 | 84037 |
| | | # | 84046 | 84074 |
| | | # | 84078 | 84079 |
| | | # | 84093 | 84095 |



MEMBER
**FDIC**




# FIRST GUARANTY BANK

www.fgb.net
Post Office Box 2009
Hammond, Louisiana 70404

ARTISAN MASONRY INCORPORATED
PAYROLL ACCOUNT

| | |
|---|---|
| Page Number | 4 of 35 |
| Account Number: | ***1910 |
| Date: | 12/31/23 |

## Miscellaneous Debits

| Date | Withdrawals | Activity Description | | |
|---|---|---|---|---|
| | | # | 84100 | 84101 |
| | | # | 84102 | 84103 |
| | | # | 84104 | 84106 |
| | | # | 84110 | 84112 |
| | | # | 84123 | 84125 |
| | | Additional checks are not detailed. | | |
| 12/21 | 35.00 | NSF RETURN Item Charge | | |
| | | # | 84128 | |
| 12/26 | 210.00 | OD PAID Item Charge | | |
| | | # | 84108 | 84118 |
| | | # | 84171 | 84196 |
| | | # | 84197 | 84207 |
| 12/27 | 150.00 | Internet Banking Transfer to DD 1260 | | |
| | | Funds Transfer via Online | | |
| 12/27 | 241.76 | Internet Banking Transfer to DD 1260 | | |
| | | Funds Transfer via Online | | |
| 12/28 | 245.00 | NSF RETURN Item Charge | | |
| | | # | 54112 | 64073 |
| | | # | 64103 | 64123 |
| | | # | 64154 | 84158 |
| | | # | 84201 | |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/13 | 4039 | 801.37 | 12/04 | 83839* | 1,343.88 | 12/04 | 83867* | 1,313.94 |
| 12/28 | 8409* | 398.96 | 12/04 | 83840 | 837.16 | 12/01 | 83868 | 1,429.38 |
| 12/04 | 33831* | 1,197.38 | 12/01 | 83841 | 940.16 | 12/04 | 83871* | 811.67 |
| 12/12 | 33845* | 859.77 | 12/01 | 83843* | 933.73 | 12/04 | 83877* | 2,498.60 |
| 12/12 | 33911* | 718.42 | 12/08 | 83845* | 859.77 | 12/04 | 83879* | 864.92 |
| 12/28 | 33950* | 345.09 | 12/01 | 83847* | 995.53 | 12/01 | 83880 | 1,373.82 |
| 12/08 | 53919* | 984.65 | 12/04 | 83849* | 755.99 | 12/01 | 83884* | 997.38 |
| 12/12 | 63954* | 450.93 | 12/01 | 83850 | 868.27 | 12/04 | 83885 | 1,031.48 |
| 12/12 | 63962* | 843.30 | 12/01 | 83854* | 619.48 | 12/04 | 83889* | 257.65 |
| 12/12 | 83691* | 825.30 | 12/01 | 83855 | 686.47 | 12/04 | 83890 | 519.46 |
| 12/04 | 83813* | 846.45 | 12/04 | 83856 | 1,487.09 | 12/13 | 83892* | 176.67 |
| 12/01 | 83817* | 1,313.08 | 12/01 | 83857 | 1,747.76 | 12/01 | 83893 | 1,478.76 |
| 12/04 | 83822* | 1,479.09 | 12/08 | 83858 | 1,117.95 | 12/01 | 83895* | 635.39 |
| 12/01 | 83823 | 707.73 | 12/01 | 83859 | 1,887.96 | 12/04 | 83897* | 461.75 |
| 12/01 | 83825* | 1,000.98 | 12/01 | 83861* | 972.30 | 12/01 | 83899* | 851.13 |
| 12/01 | 83826 | 849.97 | 12/01 | 83862 | 1,887.96 | 12/04 | 83900 | 891.95 |
| 12/01 | 83835* | 1,373.82 | 12/01 | 83863 | 1,887.96 | 12/18 | 83901 | 425.12 |
| 12/01 | 83836 | 1,008.22 | 12/01 | 83864 | 899.44 | 12/01 | 83902 | 462.45 |





# FIRST GUARANTY BANK
www.fgb.net
Post Office Box 2009
Hammond, Louisiana 70404

ARTISAN MASONRY INCORPORATED
PAYROLL ACCOUNT

Page Number            5 of 35
Account Number:    ***1910

Date:                      12/31/23

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 12/04 | 83903 | 1,066.61 | 12/04 | 83947 | 605.05 | 12/15 | 84000 | 811.53 |
| 12/01 | 83904 | 348.16 | 12/04 | 83948 | 632.13 | 12/08 | 84001 | 649.55 |
| 12/08 | 83905 | 640.68 | 12/08 | 83949 | 623.36 | 12/08 | 84002 | 884.69 |
| 12/01 | 83906 | 487.61 | 12/13 | 83951* | 376.49 | 12/27 | 84003 | 3,130.99 |
| 12/01 | 83907 | 743.27 | 12/04 | 83952 | 956.75 | 12/12 | 84004 | 1,066.28 |
| 12/13 | 83908 | 3,047.91 | 12/04 | 83953 | 2,358.54 | 12/13 | 84005 | 1,197.38 |
| 12/08 | 83909 | 504.23 | 12/08 | 83954 | 450.93 | 12/08 | 84006 | 1,419.64 |
| 12/01 | 83910 | 836.47 | 12/01 | 83955 | 1,816.28 | 12/12 | 84007 | 696.31 |
| 12/08 | 83911 | 718.42 | 12/04 | 83956 | 1,081.02 | 12/08 | 84008 | 1,797.96 |
| 12/01 | 83912 | 1,192.17 | 12/01 | 83957 | 1,945.32 | 12/13 | 84009 | 864.92 |
| 12/08 | 83913 | 803.45 | 12/04 | 83958 | 632.14 | 12/15 | 84010 | 524.72 |
| 12/01 | 83914 | 1,460.92 | 12/12 | 83959 | 382.74 | 12/27 | 84011 | 1,008.22 |
| 12/13 | 83915 | 616.25 | 12/08 | 83960 | 2,191.86 | 12/14 | 84013* | 710.57 |
| 12/04 | 83916 | 631.67 | 12/04 | 83961 | 421.11 | 12/13 | 84014 | 864.92 |
| 12/04 | 83917 | 685.17 | 12/08 | 83962 | 843.30 | 12/13 | 84018* | 920.76 |
| 12/26 | 83918 | 537.03 | 12/04 | 83963 | 616.25 | 12/22 | 84019 | 753.20 |
| 12/12 | 83919 | 984.65 | 12/04 | 83964 | 971.51 | 12/15 | 84020 | 846.62 |
| 12/04 | 83920 | 837.15 | 12/01 | 83965 | 914.35 | 12/13 | 84022* | 980.28 |
| 12/01 | 83921 | 653.60 | 12/01 | 83967* | 723.10 | 12/13 | 84024* | 930.98 |
| 12/08 | 83922 | 623.36 | 12/08 | 83968 | 834.64 | 12/08 | 84025 | 308.27 |
| 12/01 | 83923 | 933.73 | 12/12 | 83968* | 834.64 | 12/15 | 84026 | 828.50 |
| 12/04 | 83924 | 469.72 | 12/04 | 83969 | 710.63 | 12/18 | 84027 | 1,015.85 |
| 12/08 | 83925 | 859.78 | 12/08 | 83970 | 1,264.39 | 12/08 | 84028 | 527.59 |
| 12/04 | 83926 | 794.49 | 12/08 | 83972* | 691.01 | 12/08 | 84029 | 1,295.00 |
| 12/01 | 83927 | 995.54 | 12/04 | 83973 | 515.31 | 12/08 | 84031* | 915.11 |
| 12/04 | 83928 | 398.95 | 12/04 | 83974 | 893.49 | 12/08 | 84032 | 782.40 |
| 12/04 | 83929 | 578.22 | 12/13 | 83976* | 1,008.22 | 12/27 | 84033 | 644.65 |
| 12/08 | 83931* | 609.51 | 12/01 | 83982* | 881.03 | 12/08 | 84034 | 642.28 |
| 12/07 | 83932 | 398.96 | 12/08 | 83983 | 1,112.55 | 12/13 | 84035 | 975.74 |
| 12/01 | 83933 | 1,644.85 | 12/13 | 83984 | 965.98 | 12/08 | 84036 | 1,962.43 |
| 12/01 | 83935* | 1,337.86 | 12/13 | 83985 | 390.65 | 12/13 | 84038* | 1,178.91 |
| 12/07 | 83936 | 598.38 | 12/13 | 83986 | 498.69 | 12/22 | 84040* | 652.77 |
| 12/01 | 83937 | 415.45 | 12/13 | 83987 | 846.45 | 12/13 | 84041 | 1,178.91 |
| 12/01 | 83938 | 331.97 | 12/08 | 83988 | 1,545.78 | 12/13 | 84042 | 1,178.91 |
| 12/08 | 83939 | 1,078.01 | 12/08 | 83990* | 604.59 | 12/13 | 84043 | 966.16 |
| 12/12 | 83939* | 1,078.01 | 12/13 | 83991 | 788.97 | 12/12 | 84044 | 461.29 |
| 12/01 | 83940 | 1,131.11 | 12/14 | 83992 | 763.63 | 12/28 | 84046* | 864.92 |
| 12/08 | 83941 | 695.40 | 12/14 | 83993 | 605.35 | 12/13 | 84047 | 898.80 |
| 12/04 | 83942 | 839.98 | 12/08 | 83994 | 989.01 | 12/18 | 84048 | 672.32 |
| 12/04 | 83943 | 540.25 | 12/08 | 83995 | 891.95 | 12/13 | 84050* | 901.86 |
| 12/01 | 83944 | 745.01 | 12/18 | 83996 | 1,007.55 | 12/08 | 84051 | 659.70 |
| 12/04 | 83945 | 839.98 | 12/27 | 83997 | 734.94 | 12/08 | 84053* | 1,679.62 |
| 12/04 | 83946 | 839.98 | 12/08 | 83999* | 1,024.29 | 12/12 | 84054 | 461.29 |





MEMBER
FDIC



# FIRST GUARANTY BANK

www.fgb.net
Post Office Box 2009
Hammond, Louisiana 70404

ARTISAN MASONRY INCORPORATED
PAYROLL ACCOUNT

| | |
|---|---|
| Page Number | 6 of 35 |
| Account Number: | ***1910 |
| Date: | 12/31/23 |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 12/12 | 84055 | 627.01 | 12/26 | 84118 | 1,260.27 | 12/22 | 84179 | 2,125.68 |
| 12/13 | 84056 | 2,176.53 | 12/15 | 84119 | 1,038.96 | 12/27 | 84182* | 1,141.97 |
| 12/08 | 84057 | 726.07 | 12/15 | 84121* | 861.59 | 12/27 | 84183 | 710.57 |
| 12/13 | 84058 | 864.92 | 12/15 | 84122 | 487.60 | 12/27 | 84184 | 864.92 |
| 12/13 | 84059 | 864.92 | 12/15 | 84124* | 1,711.41 | 12/27 | 84185 | 747.45 |
| 12/08 | 84060 | 884.86 | 12/28 | 84125 | 1,136.12 | 12/27 | 84187* | 410.03 |
| 12/08 | 84061 | 959.35 | 12/15 | 84126 | 954.44 | 12/27 | 84188 | 814.52 |
| 12/14 | 84063* | 648.30 | 12/28 | 84127 | 895.91 | 12/27 | 84189 | 842.93 |
| 12/13 | 84064 | 854.46 | 12/15 | 84129* | 954.44 | 12/27 | 84190 | 611.78 |
| 12/08 | 84067* | 775.74 | 12/15 | 84130 | 954.44 | 12/27 | 84192* | 794.49 |
| 12/14 | 84068 | 1,781.12 | 12/15 | 84131 | 899.46 | 12/27 | 84193 | 888.86 |
| 12/14 | 84069 | 1,107.59 | 12/27 | 84134* | 677.39 | 12/27 | 84194 | 797.90 |
| 12/14 | 84070 | 1,077.38 | 12/27 | 84135 | 955.15 | 12/27 | 84195 | 930.98 |
| 12/15 | 84071 | 965.98 | 12/15 | 84137* | 2,037.47 | 12/26 | 84196 | 382.38 |
| 12/18 | 84072 | 124.67 | 12/28 | 84138 | 541.12 | 12/26 | 84197 | 855.01 |
| 12/18 | 84073 | 332.46 | 12/15 | 84139 | 2,550.43 | 12/27 | 84199* | 398.96 |
| 12/28 | 84074 | 835.86 | 12/15 | 84141* | 1,619.40 | 12/27 | 84200 | 1,333.56 |
| 12/15 | 84075 | 1,528.69 | 12/15 | 84143* | 627.01 | 12/27 | 84202* | 839.68 |
| 12/15 | 84077* | 611.09 | 12/15 | 84145* | 866.24 | 12/27 | 84204* | 866.37 |
| 12/15 | 84080* | 950.96 | 12/28 | 84146 | 854.11 | 12/27 | 84206* | 975.74 |
| 12/15 | 84081 | 842.24 | 12/15 | 84147 | 648.30 | 12/26 | 84207 | 1,678.17 |
| 12/15 | 84083* | 891.95 | 12/15 | 84148 | 1,132.53 | 12/27 | 84208 | 906.70 |
| 12/18 | 84084 | 1,024.52 | 12/15 | 84149 | 914.35 | 12/22 | 84209 | 978.91 |
| 12/27 | 84085 | 1,020.92 | 12/28 | 84152* | 868.07 | 12/27 | 84210 | 720.33 |
| 12/18 | 84086 | 986.27 | 12/15 | 84153 | 2,123.46 | 12/22 | 84212* | 978.91 |
| 12/15 | 84087 | 1,024.29 | 12/28 | 84155* | 1,141.97 | 12/22 | 84213 | 978.91 |
| 12/18 | 84088 | 760.27 | 12/27 | 84157* | 398.95 | 12/27 | 84216* | 814.52 |
| 12/15 | 84089 | 794.49 | 12/27 | 84159* | 846.45 | 12/27 | 84217 | 673.56 |
| 12/15 | 84090 | 3,130.99 | 12/22 | 84160 | 1,540.96 | 12/27 | 84218 | 734.51 |
| 12/18 | 84091 | 775.74 | 12/22 | 84161 | 612.24 | 12/22 | 84220* | 959.74 |
| 12/15 | 84092 | 972.27 | 12/27 | 84162 | 575.72 | 12/22 | 84221 | 721.49 |
| 12/28 | 84093 | 1,260.98 | 12/27 | 84163 | 531.92 | 12/22 | 84224* | 1,787.19 |
| 12/28 | 84095* | 1,071.26 | 12/27 | 84164 | 600.27 | 12/27 | 84226* | 504.88 |
| 12/15 | 84096 | 1,907.07 | 12/22 | 84166* | 891.95 | 12/27 | 84227 | 1,854.89 |
| 12/28 | 84102* | 854.11 | 12/27 | 84168* | 709.65 | 12/22 | 84228 | 819.94 |
| 12/28 | 84104* | 410.03 | 12/27 | 84169 | 1,022.05 | 12/27 | 84229 | 864.92 |
| 12/28 | 84106* | 972.64 | 12/27 | 84170 | 1,024.29 | 12/22 | 84230 | 664.92 |
| 12/22 | 84107 | 753.20 | 12/26 | 84171 | 837.15 | 12/22 | 84232* | 914.35 |
| 12/26 | 84108 | 872.94 | 12/27 | 84172 | 487.61 | 12/22 | 84233 | 844.76 |
| 12/28 | 84110* | 1,086.97 | 12/27 | 84175* | 1,066.28 | 12/27 | 84235* | 854.46 |
| 12/15 | 84113* | 499.00 | 12/27 | 84176 | 1,197.38 | 12/27 | 84239* | 997.38 |
| 12/27 | 84116* | 527.61 | 12/27 | 84177 | 1,732.48 | 12/27 | 84241* | 997.38 |
| 12/15 | 84117 | 1,229.29 | 12/27 | 84178 | 1,071.26 | 12/01 | 1083575* | 646.22 |



MEMBER
FDIC



# FIRST GUARANTY BANK

www.fgb.net
Post Office Box 2009
Hammond, Louisiana 70404

ARTISAN MASONRY INCORPORATED
PAYROLL ACCOUNT

Page Number          7 of 35
Account Number:      ***1910

Date:                12/31/23

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|

( * indicates a break in check number sequence)

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 38,402.03 | 12/12 | 62,081.21 | 12/21 | 763.96 – |
| 12/04 | 306.61 | 12/13 | 15,123.16 | 12/22 | 113.90 |
| 12/05 | 533.39 – | 12/14 | 3,412.00 | 12/26 | 6,519.05 – |
| 12/06 | 214.72 | 12/15 | 7,515.81 | 12/27 | 1,025.60 |
| 12/07 | 10,217.38 | 12/18 | 146.04 | 12/28 | 12,757.52 – |
| 12/08 | 136.79 | 12/19 | 111.04 | 12/29 | 39.71 – |
| 12/11 | 700.00 – | 12/20 | 728.96 – | | |



**MEMBER**
**FDIC**

Case 23-42275   Doc 47   Filed 03/08/24   Entered 03/08/24 18:09:59   Desc Main
Document   Page 12 of 40

| | Page: | 8 of 35 |
|---|---|---|
| | Primary Account: | ***1910 |
| | Date | 12-31-23 |
| | Account: | ***1910 |

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/01/2023 09:56:45 AM
Amount: $ 29,918.06

**12/01/2023   $29,918.06**

---

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/15/2023 11:06:30 AM
Amount: $ 41,628.02

**12/15/2023   $41,628.02**

---

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/01/2023 02:06:23 PM
Amount: $ 41,876.40

**12/01/2023   $41,876.40**

---

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/22/2023 02:04:50 PM
Amount: $ 16,891.00

**12/22/2023   $16,891.00**

---

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/08/2023 09:02:45 AM
Amount: $ 14,377.27

**12/08/2023   $14,377.27**

---

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/27/2023 08:30:44 AM
Amount: $ 19,760.81

**12/27/2023   $19,760.81**

---

**FIRST GUARANTY BANK**   **Checking Deposit**
DDADEP

Customer: ARTISAN MASONRY INCORPORATED
Capture Date/Time: 12/08/2023 at 12:35 PM
Bus Date: 12/08/2023   Drawer #: 5801   Seq #: 41   Item Seq: 2235000360920

Cash In: $15,000.00
Checks In: $0.00
Cash Out: $0.00
Amount: $   15,000.00

**12/08/2023   $15,000.00**

---

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/29/2023 09:09:11 AM
Amount: $ 12,657.28

**12/29/2023   $12,657.28**

---

**Merchant Capture Deposit Ticket**

Artisan Masonry Inc

Account Number: 3311910
Date: 12/12/2023 04:10:35 PM
Amount: $ 73,071.15

**12/12/2023   $73,071.15**

---

**FIRST GUARANTY BANK**   **Checking Withdrawal**
DDAWDL

Customer: ARTISAN MASONRY INCORPORATED
Capture Date/Time: 12/01/2023 at 12:52 PM
Bus Date: 12/01/2023   Drawer #: 5801   Seq #: 32   Item Seq: 2235000356400
Memo Line:

Amount: $   2,300.00

**12/01/2023   $2,300.00**

---

**FIRST GUARANTY BANK**   **Checking Deposit**
DDADEP

Customer: ARTISAN MASONRY INCORPORATED
Capture Date/Time: 12/13/2023 at 09:34 AM
Bus Date: 12/13/2023   Drawer #: 5801   Seq #: 7   Item Seq: 2235000369520

Cash In: $0.00
Checks In: $12,910.98
Cash Out: $0.00
Amount: $   12,910.98

**12/13/2023   $12,910.98**

---

**FIRST GUARANTY BANK**   **Checking Withdrawal**
DDAWDL

Customer: ROBERT E GLADU
Capture Date/Time: 12/01/2023 at 12:47 PM
Bus Date: 12/01/2023   Drawer #: 5801   Seq #: 31   Item Seq: 2235000356040

Amount: $   10,022.16

**12/01/2023   $10,022.16**





12/08/2023    $600.00



12/13/2023    $629.04



12/13/2023    $1,112.00



12/13/2023    $6,500.00



12/13/2023    $12,910.98



12/14/2023    $2,267.22



12/15/2023    $5,000.00



12/15/2023    $11,783.00



12/13/2023   4039   $801.37



12/28/2023   8409   $398.96



12/04/2023   33831   $1,197.38




12/12/2023   33845   $859.77

| Page: | 10 of 35 |
|---|---|
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/12/2023   33911   $718.42



12/04/2023   83813   $846.45





12/28/2023   33950   $345.09



12/01/2023   83817   $1,313.08



12/08/2023   53919   $984.65



12/04/2023   83822   $1,479.09



12/12/2023   63954   $450.93



12/01/2023   83823   $707.73



12/12/2023   63962   $843.30



12/01/2023   83825   $1,000.98





12/12/2023   83691   $825.30



12/01/2023   83826   $849.97



Case 23-42275   Doc 47   Filed 03/08/24   Entered 03/08/24 18:09:59   Desc Main
Document     Page 15 of 40

| | |
|---|---|
| Page: | 11 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/01/2023     83835     $1,373.82



12/01/2023     83836     $1,008.22



12/04/2023     83839     $1,343.88



12/04/2023     83840     $837.16



12/01/2023     83841     $940.16




12/01/2023     83843     $933.73



12/08/2023     83845     $859.77



12/01/2023     83847     $995.53



12/04/2023     83849     $755.99



12/01/2023     83850     $868.27



12/01/2023     83854     $619.48



12/01/2023     83855     $686.47



12/04/2023    83856    $1,487.09



12/01/2023    83857    $1,747.76



12/08/2023    83858    $1,117.95



12/01/2023    83859    $1,887.96



12/01/2023    83861    $972.30



12/01/2023    83862    $1,887.96



12/01/2023    83863    $1,887.96



12/01/2023    83864    $899.44



12/04/2023    83867    $1,313.94



12/01/2023    83868    $1,429.38



12/04/2023    83871    $811.67



12/04/2023    83877    $2,498.60



Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 17 of 40

| | |
|---|---|
| **Page:** | **13 of 35** |
| **Primary Account:** | ***1910 |
| **Date** | 12-31-23 |
| **Account:** | ***1910 |



12/04/2023    83879    $864.92



12/13/2023    83892    $176.67



12/01/2023    83880    $1,373.82



12/01/2023    83893    $1,478.76



12/01/2023    83884    $997.38



12/01/2023    83895    $635.39



12/04/2023    83885    $1,031.48



12/04/2023    83897    $461.75



12/04/2023    83889    $257.65



12/01/2023    83899    $851.13



12/04/2023    83890    $519.46



12/04/2023    83900    $891.95

Case 23-42275     Doc 47     Filed 03/08/24     Entered 03/08/24 18:09:59     Desc Main
Document          Page 18 of 40

| | |
|---|---|
| Page: | **14 of 35** |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/18/2023     83901     $425.12



12/01/2023     83902     $462.45



12/04/2023     83903     $1,066.61



12/01/2023     83904     $348.16



12/08/2023     83905     $640.68



12/01/2023     83906     $487.61



12/01/2023     83907     $743.27



12/13/2023     83908     $3,047.91



12/08/2023     83909     $504.23



12/01/2023     83910     $836.47



12/08/2023     83911     $718.42



12/01/2023     83912     $1,192.17



Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document      Page 19 of 40

| | |
|---|---|
| Page: | 15 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/08/2023    83913    $803.45



12/12/2023    83919    $984.65



12/01/2023    83914    $1,460.92



12/04/2023    83920    $837.15



12/13/2023    83915    $616.25



12/01/2023    83921    $653.60



12/04/2023    83916    $631.67



12/08/2023    83922    $623.36



12/04/2023    83917    $685.17



12/01/2023    83923    $933.73



12/26/2023    83918    $537.03



12/04/2023    83924    $469.72

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 20 of 40
Page: 16 of 35
Primary Account: ***1910
Date 12-31-23
Account: ***1910



12/08/2023    83925    $859.78



12/07/2023    83932    $398.96



12/04/2023    83926    $794.49



12/01/2023    83933    $1,644.85



12/01/2023    83927    $995.54



12/01/2023    83935    $1,337.86



12/04/2023    83928    $398.95



12/07/2023    83936    $598.38



12/04/2023    83929    $578.22



12/01/2023    83937    $415.45



12/08/2023    83931    $609.51



12/01/2023    83938    $331.97



Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 21 of 40

| | |
|---|---|
| Page: | 17 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/08/2023    83939    $1,078.01



12/01/2022    83944    $745.01



12/12/2023    83939    $1,078.01



12/04/2023    83945    $839.98



12/01/2023    83940    $1,131.11



12/04/2023    83946    $839.98



12/08/2023    83941    $695.40



12/04/2023    83947    $605.05



12/04/2023    83942    $839.98



12/04/2023    83948    $632.13



12/04/2023    83943    $540.25



12/08/2023    83949    $623.36

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 22 of 40

| Page: | 18 of 35 |
|---|---|
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/13/2023    83951    $376.49



12/04/2023    83952    $956.75



12/01/2023    83957    $1,945.32



12/04/2023    83958    $632.14



12/04/2023    83953    $2,358.54



12/12/2023    83959    $382.74



12/08/2023    83954    $450.93



12/08/2023    83960    $2,191.86



12/01/2023    83955    $1,816.28



12/04/2023    83961    $421.11

12/04/2023    83956    $1,081.02

12/08/2023    83962    $843.30







12/04/2023   83963   $616.25



12/04/2023   83969   $710.63



12/04/2023   83964   $971.51



12/08/2023   83970   $1,264.39



12/01/2023   83965   $914.35



12/08/2023   83972   $691.01



12/01/2023   83967   $723.10



12/04/2023   83973   $515.31



12/08/2023   83968   $834.64



12/04/2023   83974   $893.49



12/12/2023   83968   $834.64



12/13/2023   83976   $1,008.22

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document      Page 24 of 40

| | |
|---|---|
| **Page:** | **20 of 35** |
| **Primary Account:** | ***1910 |
| **Date** | 12-31-23 |
| **Account:** | ***1910 |



12/01/2023    83982    $881.03



12/08/2023    83983    $1,112.55



12/13/2023    83984    $965.98



12/13/2023    83985    $390.65



12/13/2023    83986    $498.69



12/13/2023    83987    $846.45



12/08/2023    83988    $1,545.78



12/08/2023    83990    $604.59



12/13/2023    83991    $788.97



12/14/2023    83992    $763.63



12/14/2023    83993    $605.35

12/08/2023    83994    $989.01



Case 23-42275   Doc 47   Filed 03/08/24   Entered 03/08/24 18:09:59   Desc Main
Document   Page 25 of 40

| | |
|---|---|
| Page: | 21 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/08/2023   83995   $891.95



12/18/2023   83996   $1,007.55



12/27/2023   83997   $734.94



12/08/2023   83999   $1,024.29



12/15/2023   84000   $811.53



12/08/2023   84001   $649.55



12/08/2023   84002   $884.69



12/27/2023   84003   $3,130.99



12/12/2023   84004   $1,066.28



12/13/2023   84005   $1,197.38



12/08/2023   84006   $1,419.64



12/12/2023   84007   $696.31



12/08/2023    84008    $1,797.96



12/13/2023    84018    $920.76



12/13/2023    84009    $864.92



12/22/2023    84019    $753.20



12/15/2023    84010    $524.72



12/15/2023    84020    $846.62



12/27/2023    84011    $1,008.22



12/13/2023    84022    $980.28



12/14/2023    84013    $710.57



12/13/2023    84024    $930.98



12/13/2023    84014    $864.92



12/08/2023    84025    $308.27





12/15/2023    84026    $828.50



12/27/2023    84033    $644.65



12/18/2023    84027    $1,015.85



12/09/2023    84034    $642.28



12/08/2023    84028    $527.59



12/13/2023    84035    $975.74



12/08/2023    84029    $1,295.00



12/08/2023    84036    $1,962.43



12/08/2023    84031    $915.11



12/13/2023    84038    $1,178.91



12/08/2023    84032    $782.40



12/22/2023    84040    $652.77

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 28 of 40

| | |
|---|---|
| Page: | **24 of 35** |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/13/2023    84041    $1,178.91



12/13/2023    84042    $1,178.91



12/13/2023    84043    $966.16



12/12/2023    84044    $461.29



12/28/2023    84046    $864.92



12/13/2023    84047    $898.80



12/18/2023    84048    $672.32



12/13/2023    84050    $901.86



12/08/2023    84051    $659.70



12/08/2023    84053    $1,679.62



12/12/2023    84054    $461.29



12/12/2023    84055    $627.01



Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 29 of 40

| | |
|---|---|
| Page: | 25 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/13/2023    84056    $2,176.53



12/08/2023    84057    $726.07



12/13/2023    84058    $864.92



12/13/2023    84059    $864.92



12/08/2023    84060    $884.86



12/08/2023    84061    $959.35



12/14/2023    84063    $648.30



12/13/2023    84064    $854.46



12/08/2023    84067    $775.74



12/14/2023    84068    $1,781.12



12/14/2023    84069    $1,107.59



12/14/2023    84070    $1,077.38

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document      Page 30 of 40

| | |
|---|---|
| Page: | 26 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/15/2023    84071    $965.98



12/15/2023    84080    $950.96



12/18/2023    84072    $124.67



12/15/2023    84081    $842.24



12/18/2023    84073    $332.46



12/15/2023    84083    $891.95



12/28/2023    84074    $835.86



12/18/2023    84084    $1,024.52



12/15/2023    84075    $1,528.69



12/27/2023    84085    $1,020.92



12/15/2023    84077    $611.09



12/18/2023    84086    $986.27





12/15/2023   84087   $1,024.29



12/28/2023   84093   $1,260.98



12/18/2023   84088   $760.27



12/28/2023   84095   $1,071.26



12/15/2023   84089   $794.49



12/15/2023   84096   $1,907.07



12/15/2023   84090   $3,130.99



12/28/2023   84102   $854.11



12/18/2023   84091   $775.74



12/28/2023   84104   $410.03



12/15/2023   84092   $972.27



12/28/2023   84106   $972.64

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 32 of 40

| | |
|---|---|
| Page: | 28 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/22/2023    84107    $753.20



12/26/2023    84108    $872.94



12/28/2023    84110    $1,086.97



12/15/2023    84113    $499.00



12/27/2023    84116    $527.61



12/15/2023    84117    $1,229.29



12/26/2023    84118    $1,260.27



12/15/2023    84119    $1,038.96



12/15/2023    84121    $861.59



12/15/2023    84122    $487.60



12/15/2023    84124    $1,711.41



12/28/2023    84125    $1,136.12

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 33 of 40

| | |
|---|---|
| Page: | 29 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/15/2023    84126    $954.44



12/27/2023    84135    $955.15



12/28/2023    84127    $895.91



12/15/2023    84137    $2,037.47



12/15/2023    84129    $954.44



12/28/2023    84138    $541.12



12/15/2023    84130    $954.44



12/15/2023    84139    $2,550.43



12/15/2023    84131    $899.46



12/15/2023    84141    $1,619.40



12/27/2023    84134    $677.39



12/15/2023    84143    $627.01

Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 34 of 40

Page: 30 of 35
Primary Account: ***1910
Date 12-31-23
Account: ***1910





12/15/2023    84145    $866.24

12/15/2023    84153    $2,123.46





12/28/2023    84146    $854.11

12/28/2023    84155    $1,141.97





12/15/2023    84147    $648.30

12/27/2023    84157    $398.95





12/15/2023    84148    $1,132.53

12/27/2023    84159    $846.45





12/15/2023    84149    $914.35

12/22/2023    84160    $1,540.96





12/28/2023    84152    $868.07

12/22/2023    84161    $612.24



Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document    Page 35 of 40

Page: 31 of 35
Primary Account: ***1910
Date 12-31-23
Account: ***1910



12/27/2023    84162    $575.72

12/27/2023    84170    $1,024.29



12/27/2023    84163    $531.92



12/26/2023    84171    $837.15



12/22/2023    84164    $600.27



12/27/2023    84172    $487.61



12/22/2023    84166    $891.95



12/27/2023    84175    $1,066.28



12/22/2023    84168    $709.65



12/27/2023    84176    $1,197.38

12/27/2023    84169    $1,022.05

12/27/2023    84177    $1,732.48

Case 23-42275   Doc 47   Filed 03/08/24   Entered 03/08/24 18:09:59   Desc Main
Document   Page 36 of 40

| Page: | 32 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084178

Pay: ******************One thousand seventy-one dollars and 26 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84178 | $****1,071.26** |

PAY TO THE ORDER OF
ISIDRO GONZALEZ
3850 DIXON AVE
DALLAS, TX  75210

VOID AFTER 90 DAYS

**12/27/2023   84178   $1,071.26**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084187

Pay: ********************Four hundred ten dollars and 03 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84187 | $****410.03** |

PAY TO THE ORDER OF
MANUEL A TRAN
15935 BENT TREE FOREST CIR
DALLAS, TX  75248

VOID AFTER 90 DAYS

**12/27/2023   84187   $410.03**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084179

Pay: ************Two thousand one hundred twenty-five dollars and 68 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84179 | $**2,125.68** |

PAY TO THE ORDER OF
RUBERTO GONZALEZ JR
8302 DAYTONA DRIV
GARLAND, TX  75043

VOID AFTER 90 DAYS

**12/22/2023   84179   $2,125.68**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084188

Pay: **************Eight hundred fourteen dollars and 52 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84188 | $****814.52** |

PAY TO THE ORDER OF
JOSE M LOPEZ DE LA CRUZ
14500 MARSH LANE
ADDISON, TX  75001

VOID AFTER 90 DAYS

**12/27/2023   84188   $814.52**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084182

Pay: ************One thousand one hundred forty-one dollars and 97 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84182 | $**1,141.97** |

PAY TO THE ORDER OF
JORGE HERNANDEZ
1216 CLOUT STREET
CARROLLTON, TX  75006

VOID AFTER 90 DAYS

**12/27/2023   84182   $1,141.97**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084189

Pay: ************Eight hundred forty-two dollars and 93 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84189 | $****842.93** |

PAY TO THE ORDER OF
ISIDRO MARTINEZ
7203 FERGUSON RD
APT 229
DALLAS, TX  75228

VOID AFTER 90 DAYS

**12/27/2023   84189   $842.93**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084183

Pay: ***************Seven hundred ten dollars and 57 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84183 | $****710.57** |

PAY TO THE ORDER OF
FRANCISCO JARAMILLO FIGUEROA
1209 KORTELAKE DRIVE
GARLAND, TX  75040

VOID AFTER 90 DAYS

**12/27/2023   84183   $710.57**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084190

Pay: ***************Six hundred eleven dollars and 78 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84190 | $****611.78** |

PAY TO THE ORDER OF
FELIPE MARTINEZ
APT 915
NEWTON, TX  76208

VOID AFTER 90 DAYS

**12/27/2023   84190   $611.78**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084184

Pay: *************Eight hundred sixty-four dollars and 92 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84184 | $****864.92** |

PAY TO THE ORDER OF
YEISON JIMENEZ
3702 FRANKFORD RD
DALLAS, TX  75287

VOID AFTER 90 DAYS

**12/27/2023   84184   $864.92**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084192

Pay: ********Seven hundred ninety-four dollars and 49 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84192 | $****794.49** |

PAY TO THE ORDER OF
OSVALDO MARTINEZ
4140 DOYLE LN
LANCASTER, TX  75126

VOID AFTER 90 DAYS

**12/27/2023   84192   $794.49**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084185

Pay: ************Seven hundred forty-seven dollars and 45 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84185 | $****747.45** |

PAY TO THE ORDER OF
DIEGO JUAREZ LOPEZ
3127 ULNA OAKS DRIVE
DALLAS, TX  75217

VOID AFTER 90 DAYS

**12/27/2023   84185   $747.45**

---

ARTISAN MASONRY, INC.
2501 CIRCLE DR.
ROYSE CITY, TX 75189
(972) 272-7200

FIRST GUARANTY BANK
McKinney, Texas   64-434/654

084193

Pay: ********Eight hundred eighty-eight dollars and 86 cents

| DATE | CHECK NO | AMOUNT |
| 12-22-2023 | 84193 | $****888.86** |

PAY TO THE ORDER OF
MARIO S MARTINEZ
7821 FERGUSON ROAD
APT 2034
DALLAS, TX  75228

VOID AFTER 90 DAYS



**12/27/2023   84193   $888.86**



Case 23-42275    Doc 47    Filed 03/08/24    Entered 03/08/24 18:09:59    Desc Main
Document        Page 37 of 40

| | |
|---|---|
| Page: | 33 of 35 |
| Primary Account: | ***1910 |
| Date | 12-31-23 |
| Account: | ***1910 |



12/27/2023    84194    $797.90



12/27/2023    84202    $839.68



12/27/2023    84195    $930.98



12/27/2023    84204    $866.37



12/26/2023    84196    $382.38



12/27/2023    84206    $975.74



12/26/2023    84197    $855.01



12/26/2023    84207    $1,678.17



12/27/2023    84199    $398.96



12/27/2023    84208    $906.70



12/27/2023    84200    $1,333.56



12/22/2023    84209    $978.91

Case 23-42275   Doc 47   Filed 03/08/24   Entered 03/08/24 18:09:59   Desc Main
Document   Page 38 of 40

| | |
|---|---|
| **Page:** | **34 of 35** |
| **Primary Account:** | ***1910 |
| **Date** | 12-31-23 |
| **Account:** | ***1910 |



12/27/2023   84210   $720.33



12/22/2023   84220   $959.74



12/22/2023   84212   $978.91



12/27/2023   84221   $721.49



12/22/2023   84213   $978.91



12/22/2023   84224   $1,787.19



12/27/2023   84216   $814.52



12/27/2023   84226   $504.88



12/27/2023   84217   $673.56



12/27/2023   84227   $1,854.89



12/27/2023   84218   $734.51

12/22/2023   84228   $819.94





12/27/2023   84229   $864.92



12/27/2023   84241   $997.38



12/22/2023   84230   $664.92



12/01/2023   1083575   $646.22



12/22/2023   84232   $914.35



12/27/2023   84233   $844.76



12/22/2023   84235   $854.46



12/27/2023   84239   $997.38

**IN CASE OF ERRORS OR INQUIRES ABOUT YOUR ACCOUNT STATEMENT:**

You agree to examine your statement with "reasonable promptness". If you think your statements is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at **First Guaranty Bank, Customer Support Center, P. O. Box 2009, Hammond, LA 70404-2009**. Write to us as soon as possible. We must hear from you within 30 days of when the first statement on which the error or problem appeared was sent or made available to you. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number
2. The dollar amount of the suspected error.
3. Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

**CONSUMERS ONLY--IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Telephone our Customer Support Center at: (985) 345-7685 or 1-888-375-3093 Or write us at **First Guaranty Bank, Customer Support Center, P.O. Box 2009, Hammond, LA 70404-2009**, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error or appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your compliant or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your compliant or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**HOW TO BALANCE YOUR ACCOUNT**
1. Subtract from your check register any service, miscellaneous, or automatic charges posted on this statement.
2. Mark (X) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" on the form below should agree with your check register balance. If it does not, read "Hints for Finding Differences" below.

**HINTS FOR FINDING DIFFERENCES**
- Recheck all additions and subtractions for corrections.
- Verify the carryover balance from page to page in your check register.
- Make sure you have subtracted the service or miscellaneous charges from your check register balance.
- For information or help on electronic transactions call the telephone number shown above on the left.

| Balance from Statement | $ |
|---|---|
| ADD<br>Deposits not shown on this Statement | |
| | |
| | |
| | |
| SUBTOTAL | $ |
| | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | |

| CHECK NUMBER | AMOUNT(s) | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED -----> | $ | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE<br>BALANCE | $ | |